UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

RACHANA SINGH, individually and on behalf of her minor child, N.K.,

Plaintiffs,

-against-

SCARSDALE UNION FREE SCHOOL DISTRICT,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Civil Index No.:

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the accompanying Declaration of RACHANA SINGH, the exhibits thereto, Plaintiffs' Memorandum of Law, the Complaint, and all prior pleadings and proceedings herein, Plaintiffs will move this Court, pursuant to 20 U.S.C. § 1415(j), Federal Rule of Civil Procedure 65, and the Court's equitable authority under the IDEA, at a date and time designated by the Court, for an Order:

1. Requiring Defendant Scarsdale Union Free School District immediately to implement N.K.'s pendency placement established by the December 1, 2025 Interim Order on Pendency;
2. Requiring Defendant promptly to commence the 1:1 home instruction required by the December 1, 2025 Pendency Order;
3. Requiring Defendant promptly to provide all related services required by the December 1, 2025 Pendency Order at the frequencies and durations prescribed by the October 24, 2023 IEP incorporated therein;

4. Requiring Defendant promptly to transmit appropriate placement packets to neighboring/out-of-district placements for purposes of identifying a program capable of replicating N.K.'s eighth-grade educational program as reflected in the June 2023 IEP, consistent with the December 1, 2025 Pendency Order;
5. Requiring Defendant to provide Plaintiff written confirmation identifying the instructional and related-service providers assigned to N.K., their schedules and commencement dates, and the placements to which packets have been transmitted;
6. Requiring Defendant to continue maintaining N.K.'s pendency placement unless and until the neighboring-district placement contemplated by the Pendency Order is implemented, the parties agree to another pendency placement, or pendency is otherwise lawfully modified; and
7. Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 2, 2026

Plaintiffs' motion for preliminary injunction filed on October 6, 2026 (Doc. 3) is denied without prejudice to renewal in accordance with the Court's Individual Practices Rules 2(C) and 4(F). Specifically, a motion for a preliminary injunction must be made by Order to Show Cause, and the Court will not sign such an Order prior to a conference with the parties. (*See* Rules 2(C) and 4(F) of the Court's Individual Practices; *see also* Fed. R. Civ. P. 65).

The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 3.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 8, 2026

Respectfully submitted,

**LAW OFFICE OF**
**ANDREW C. LAUFER, PLLC**

/s/ Andrew C. Laufer

By: Andrew C. Laufer
Attorney for Plaintiffs
264 West 40th Street, Suite 604
New York, New York 10018
(212) 422-1020